# In the United States District Court
# for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| MICHAEL ALLEN HOLLAND, | ) | CIVIL ACTION |
| | ) | NO. CV208-047 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | (Case No. CR206-3) |

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate judge is adopted as the opinion of the Court.

The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10th day of February, 2009.

_____
Judge, United States District Court
Southern District of Georgia

AO 72A
(Rev. 8/82)